IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MANUEL RIVERA,

Plaintiff,

vs.

ADVANCE SERVICE, INC.,

Defendant.

4:25CV3252

ORDER TO SHOW CAUSE

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. On April 27, 2026, the Court ordered Plaintiff to show cause as to why the case should not be dismissed for lack of service. Filing No. 4. Despite the deadline lapsing, Plaintiff has not filed a return of service indicating service on Defendant, and Defendant has not voluntarily appeared.

Accordingly,

IT IS ORDERED that Plaintiff shall have until June 5, 2026 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 27th day of May, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge